IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO; and
THE CITY OF ALBUQUERQUE

Plaintiffs,

vs.                                                                                 No. CIV 19-534 JOB/SCY

KEVIN K. MCALEENAN,
Acting Secretary of the Department of Homeland
Security and Commissioner of U. S. Customs and Border
Protection, in his official capacity;[1]
MARK A. MORGAN
Acting Director, U. S. Immigration and
Customs Enforcement, in his official capacity;
MATTHEW T. ALBENCE,
Deputy Director, U. S. Immigration and Customs
Enforcement, in his official capacity;
TIMOTHY S. ROBBINS,
Acting Executive Associate Director for Enforcement and Removal
Operation, U. S. Immigration and Customs Enforcement,
in his official capacity; and
CARLA L. PROVOST,
Chief of U. S. Border Patrol, in her official capacity,

Defendants.

## ORDER APPROVING JOINT MOTION TO STAY RULE 16 ORDER, INCLUDING THE RULE 16 SCHEDULING CONFERENCE AND D.N.M.LR-CIV 16.1 JOINT STATUS REPORT

THIS MATTER coming before the Court on Counsel for Plaintiffs and Defendants joint motion to stay the Court's November 22, 2019 Initial Scheduling Order (Doc. No. 25) and the Court being fully advised:

FINDS that the Motion is well taken, and is,

GRANTED.

---

[1] Chad F. Wolf, Acting Secretary of the Department of Homeland Security, is automatically substituted as a party. *See* Fed. R. Civ. P. 25(d).

IT IS HEREBY ORDERED that the Court's Initial Scheduling Order and all deadlines therein are stayed until December 11, 2019.

_____
UNITED STATES DISTRICT JUDGE

JOHN C. ANDERSON
United States Attorney

MANUEL LUCERO
Assistant United States Attorney
Tiffany L. Walters
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274
manny.lucero@usdoj.gov
tiffany.walters2@usdoj.gov


Matthew L. Garcia,
*Chief General Counsel to Governor Michelle Lujan Grisham*
Jonathan J. Guss
*Deputy General Counsel to Governor Michelle Lujan Grisham*
490 Old Santa Fe Trial, Suite 400
Santa Fe, New Mexico 87501
(505) 476-2200

Esteban A. Aguilar, Jr.,
*Albuquerque City Attorney*

Winter L. Torres
*Deputy City Attorney*
Lindsay Van Meter
*Managing Assistant City Attorney*
One Civic Plaza
Room 4072
Albuquerque, NM 87102
(505) 768-4500

*Attorneys for Plaintiffs*